RECEIVED
APR 16 2025
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

APR 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

U.S. District Court
So. Dist. Of Ohio
85 Marconi Blvd.
Columbus, OH 43215

3:25 CV 00794

John D. Allen
#835289
MCI – Box 57
Marion, OH 43301,
Plaintiff

Case No. 2:25 CV 0410

Judge: JUDGE MARBLEY
MAGISTRATE JUDGE LITKOVITZ

**Trial by Jury Demanded**

Vs.

C. Kirkpatrick and
Ms. Wicks, Library Admin.
MCI, 940 Marion-Williamsport Rd.
Marion, OH 43301,
Defendants

Complaint under

42 USC 1981, 1983,
1985 and 1988

1. This Complaint is against the above-named Defendants in their individual capacity, acting under color of state law, for prohibiting Plaintiff of preparing and printing legal documents.

2. Defendants are employees of Marion Correctional Institution (MCI) working in the library/education department.

3. This Court has jurisdiction as the causes of action and MCI are in the Southern District of Ohio.

## FACTS

4. On February 7, 2025, Plaintiff prepared and had printed from a library computer a petition for release (R.C. 2967.271) to ODRC Director Annette Chambers-Smith. See Exhibit A, attached hereto and made a part hereof.

5. On March 6, 2025, Plaintiff prepared and had printed from a library computer a Grievance/Complaint to the Disciplinary Counsel of the Ohio Supreme Court. See Exhibit B, attached hereto and made a part hereof.

6. Both Exhibits A & B involved Plaintiff's case: CR2024-0163.

7. Since Plaintiff had not received any responses to Exhibits A & B, on March 30, 2025, Plaintiff prepared follow-up correspondence on a library computer to be printed and then mailed to the ODRC Director and the Disciplinary Counsel.

8. Defendants conversed and conspired to refuse to print Plaintiff's follow-up correspondence erroneously claiming said correspondence was not "legal."

9. Plaintiff showed Defendant Kirkpatrick Exhibits A & B, but she refused to print the same until she spoke with Defendant Wicks. 9a. Administrative Remedies have been exhausted.

## CAUSES OF ACTION

10. Defendants' refusal to print Plaintiff's legal correspondence has denied Plaintiff access to legal documents. This denial is in violation of 42 USC 1981 and 1983. See, *Bounds v. Smith*, 430 U.S. 817 (1977); *Johnson v. Avery*, 393 U.S. 483 (1969); *Wolff v. McDonnell*, 418 U.S. 539 (1974).

11. Defendants cannot claim any immunity since they are sued in their individual capacities, nor are they eligible to be represented by the Ohio Attorney General's Office. Defendants must retain their own private counsel.

12. Defendants have conspired to violate Plaintiff's rights in violation of 42 USC 1985.

13. Plaintiff is eligible for reasonable fees of $10,000 to bring this action under 42 USC 1988.

## DAMAGES

14. Plaintiff demands Defendants to each pay Plaintiff $1,000,000 in compensatory damages.

15. Plaintiff demands Defendants to each pay Plaintiff $10,000,000 in punitive damages.

16. Plaintiff demands all such other relief that is just and proper.

Dated: April 9, 2025

Respectfully submitted,

John D. Allen

John D. Allen